May 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**LINDA JACKSON AND TERRY JACKSON, Appellant**

NO. 14-14-00231-CV                    V.

**CITY OF BAYTOWN, Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, the City of Baytown, signed February 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Linda Jackson and Terry Jackson, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.